PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT - WDT

**SEALED**

**SA13CR0655XR**

CASE SEALED: __X__   UNSEALED: ____

DIVISION: __SAN ANTONIO__                                CASE NO. _____

USAO#: __2013R__            COUNTY: __BEXAR__

DATE: __AUGUST 7, 2013__    MAG.CT.#: _____        FBI #: _____

ASSISTANT U.S. ATTORNEY: __RUSSELL D. LEACHMAN__        DEF. D.O.B.: ███

DEFENDANT: __MARCIANO MILLAN-VÁSQUEZ (5)__              DEF. SSN: ███

DEFENDANT'S A/K/A'S: __Chano__                          MALE: __X__  FEMALE: ___
DEFENDANT'S ADDRESS: _____

CITIZENSHIP: United States: ____   Mexican: __X__   Other: _____
INTERPRETER NEEDED: YES: __X__   NO: ____   Language: __SPANISH__
DEFENSE ATTORNEY'S NAME: _____
                      Employed: ____   Appointed: ____
DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT: In Jail: __NO__   Where: _____    Writ Attached: __NO__
           On Bond: __NO__   Amount of Bond: _____
           Recommendation: __DETAIN WITHOUT BOND__

TO BE ARRESTED: __X__   DATE OF ARREST: _____   BENCH WARRANT NEEDED: __YES__

PROSECUTION BY:    __X__ INDICTMENT    ____ INFORMATION    ____ OTHER

OFFENSE: **CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);
**CT 2:** 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);
**CT 3:** 21: 959(a)- Unlawful Distribution of a Controlled Substance (Marijuana) Extra-territorial;
**CT 4:** 21:861(a)(1); 18:2- Employment of Person Under 18 years of Age in Drug Operations; Aiding & Abetting
**CT 5:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);
**CT 6:** 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);
**CT 7:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (methamphetamine);
**CT 8:** 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;

OFFENSE IS:   FELONY __X__      CLASS A MISDEMEANOR ____      CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE: **COUNTS 1-3 and 5-7:** Ten (10) to life imprisonment; maximum $10,000,000 fine; 5 years supervised release; $100 mandatory special assessment; Restitution: 18 U.S.C. 3556, 3663, 3664.; **COUNT 4:** 10 years to life imprisonment; maximum $10,000,000 fine; 10 years supervised release; $100 mandatory special assessment; Restitution: 18 U.S.C. §§ 3556, 3663, 3664.; **COUNT 8:** Up to 20 years imprisonment; Maximum $250,000 fine; 3 years of supervised release; $100 mandatory special assessment; Restitution: 18 U.S.C. §§ 3556, 3663, 3664.

MANDATORY PENALTY:   Yes: __X__   No: ____   As to special assessment only.

REMARKS: __William Meholif; Denise Stone-DEA; Mitchell Jackson, HSI__                             ns

Rev. 03/2012