UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon, aka Rigoberto Sanchez-Ramirez (5),<br><br>and<br><br>GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)<br><br>Defendants, SEVERED. | CRIM. NO. SA-13-CR-655-XR<br><br>**THIRD SUPERSEDING INDICTMENT**<br><br>**CT 1:** 21:848(e)(1)(a)-& 18:2 Killing while engaged in offenses punishable under Title 21;<br>**CT 2:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);<br>**CT 3:** 21:952 & 960(a)(1)- Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);<br>**CT 4:** 21: 959(a)- Unlawful Distribution of Controlled Substances Extra-territorial;<br>**CT 5:** 21:861(a)(1); 18:2- Employment of Person Under 18 years of Age in Drug Operations; Aiding & Abetting<br>**CT 6:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);<br>**CT 7:** 21:952 & 960(a)(1)- Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);<br>**CT 8:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Methamphetamine);<br>**CT 9:** 18:924(c)(1) and (o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;<br>**CT 10:** 18:1001(a)(2)-False Statements to Federal Official |

# THE GRAND JURY CHARGES:

## COUNT ONE

**[21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2 ]**

Beginning on or about January 1, 2009, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,**
**aka Rigoberto Sanchez-Ramirez (5),**

while engaged in offenses punishable under Title 21, United States Code. Section 841(b)(1)(A) and Section 960(b)(1), did knowingly, intentionally, and unlawfully, kill and counsel, command, induce, procure, and cause the intentional killing of Victim(s) R.R., S.A., V.L., C.S., an adult male who delivered Marijuana to witness L.A.-M., V.C. and his wife and two sons, a juvenile female and her mother and father, four (4) adult males executed by shooting, as well as other adults and children, and such killing(s) did result, and did aid, abet, and assist others in the commission of said offense, contrary to Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2.

## COUNT TWO
**[21 U.S.C. §§ 841, 846]**

Beginning on or about January 1, 2006, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,**
**aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a

controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT THREE
### [21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963]

Beginning on or about January 1, 2006, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT FOUR
### [21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)]

Beginning on or about January 1, 2006, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1).

### COUNT FIVE
### [21 U.S.C. § 861(a)(1) and (b); 18 U.S.C. § 2]

Beginning on or about January 1, 2006 and continuing until on or about July 15, 2015, in the Western District of Texas, Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

being persons at least eighteen (18) years of age, did knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce a person under eighteen (18) years of age, to violate Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960(a)(1), 959, and 963, and did aid and abet the same, in violation of Title 21, United States Code, Section 861(a)(1) and (b) and 18 U.S.C. § 2.

## COUNT SIX
## [21 U.S.C. §§ 841 and 846]

Beginning on or about January 1, 2005, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(ii), in violation of Title 21, United States Code, Section 846.

## COUNT SEVEN
## [21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]

Beginning on or about January 1, 2005, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United

States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT EIGHT
### [21 U.S.C. §§ 841 and 846]

Beginning on or about May 1, 2008, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(A)(viii), in violation of Title 21, United States Code, Section 846.

## COUNT NINE
### [18 U.S.C. §§ 924(c)(1) and (o)]

Beginning on or about January 1, 2008, and continuing until on or about July 15, 2015, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon,
aka Rigoberto Sanchez-Ramirez (5), and**

**GUSTAVO RODRIGUEZ-COSTILLA aka Titio (14)**

knowingly combined, conspired, confederated, and agreed with others known and unknown to the Grand Jury to commit offenses against the United States, that is, the defendants conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts Two, Three,

Four, Five, Six, Seven, and Eight of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

## COUNT TEN
[18 U.S.C. § 1001(a)(2)]

On or about July 15, 2015, in the Western District of Texas, the Defendant,

**MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon
aka Rigoberto Sanchez-Ramirez (5),**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely telling Deputy United States Marshall Jesus Mejia that his name was "Rigoberto Sanchez-Ramirez" and did then and there produce a false identification document, to wit: an identification card issued by the State of Guerrero, Republic of Mexico in the name of "Rigoberto Sanchez-Ramirez" with the Defendant's picture. The statements and representations were false; **MARCIANO MILLAN VASQUEZ, aka Chano, aka Orejon (5)** then and there knew that "Rigoberto Sanchez-Ramirez" was not his true and correct name and that the document was false, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

███████████████
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
RUSSELL D. LEACHMAN
MICHAEL C. GALDO
Assistant United States Attorneys

7