FILED
MAY 27 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL NO: SA:13-CR-00655(5)-XR |
| v. | § § § | |
| (5) MARCIANO MILLAN VASQUEZ<br>(14) GUSTAVO RODRIGUEZ-COSTILLA | § § § § | |

## ***AMENDED SCHEDULING ORDER AND PROTECTIVE ORDER***

The Court, having considered the status of this case, the request of the parties, and for the purpose of docket management and in preparation for a jury trial, hereby enters the following supplemental Scheduling Order in the above-styled and numbered cause:

The Court Orders that:

On or before June 13, 2016, the parties shall complete the following:

1) The Parties shall exchange a list of any expert witness(es), with accompanying credentials and qualifications and reports or summaries of relevant findings.
2) The Parties shall exchange Preliminary exhibit lists; identified exhibits should be made available for both Parties to inspect. Both parties acknowledge that changes to the list may be made up until and during trial and will notify the other Party of such changes.
3) Defense will provide a list to the Government of the Government's Bates-labeled discovery documents that Defense wants the Government to provide a copy of.
4) The Government will provide a list of the victims to the defense describing their identities where known or where unknown, the circumstances of their death.

On or before June 17, 2016, the parties shall complete the following:

1

1) Government shall either provide the Defense-requested Bates-labeled documents, pursuant to a Court Protective Order, or file an objection with the Court.

On or before June 22, 2016, the parties shall complete the following:

1. The parties shall file objections, if any, to experts identified by the opposing party.

On or before June 24, 2016, the Parties shall complete the following:

1) Objections to preliminary exhibits due to the Court.

On or before June 28, 2016, the Parties shall complete the following:

1) Jencks and Giglio information shall be made available for inspection by both Parties subject to a Protective Order limiting disclosure of the information. Copies of these materials will not be provided to the defense, however, a Defense copy of the Government's Jencks and Giglio materials will be maintained by the Government for the use of Defense counsel at trial.

2) Witness lists will be exchanged subject to a Protective Order restricting disclosure of the identity of the witnesses.

3) At 10:00am, the Court will conduct a Pretrial Conference and Evidence pre-Admission Conference to address all pretrial issues and resolve any outstanding objections to trial exhibits.

On July 5, 2016:

1) Jury Trial will commence at 9:00am until complete.

## PROTECTIVE ORDER

The parties have requested a Protective Order, and the Court has found that the request is well taken. The Court finds that the materials subject to the production deadlines described herein are extremely sensitive.

Accordingly, IT IS ORDERED that any and all documents provided to any party responsive to this Order are for the limited use and viewing of Counsel of Record in this proceeding and/or law enforcement officers assigned to this case. No documents may be copied, reproduced, or provided to any other person who is not a signatory to this Protective Order or law enforcement officer assigned to the

case, including but not limited to the Defendant, the Defendant's family, or any other counsel not counsel of record for Marciano Millan Vasquez or Gustavo RODRIGUEZ-Costilla.

IT IS FURTHER ORDERED that the information contained in the Government's witness list and subject to disclosure in this ORDER shall not be disseminated to any other person(s) without prior approval of the Court after notice to the United States.

This ODER is AMENDED to include counsel for Gustavo RODRIGUEZ-Costilla under the terms of the ORDER.

Signed this 27th day of May, 2016.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
Russell D. Leachman/ Michael Galdo
Counsel for the United States

_____
Jaime Cavazos
Attorney for Marciano Millan Vasquez

_____
Thomas Fritz Hille
Attorney for Gustavo Rodriguez-Costilla

3