

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 19 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

| | |
|---|---|
| UNITED STATES, | § § § § |
| v. | § |
| MARCIANO MILLAN VASQUEZ, | § § Crim. Action No. SA-13-CR-655-5-XR § |
| *Defendant*, | § § |

**SEALED**

### VERDICT FORM

### COUNT ONE

With respect to Count 1, which charges the defendant, Marciano Millan Vasquez, with killing or counseling, commanding, inducing, procuring, or causing the intentional killing of an individual while engaged in drug trafficking offenses, as a principal, or aiding and abetting, or assisting the killing of various individuals while engaged in drug trafficking offenses we, the unanimous jury, find the defendant:

_____Guilty_____
(Guilty or Not Guilty)

If you found the defendant guilty, answer the following question.

Which victim or victims did you unanimously find the defendant Marciano Millan Vasquez guilty of killing or counseling, commanding, inducing, procuring, or causing the intentional killing of while engaged in drug trafficking offenses, or aiding and abetting the killing of various individuals while engaged in drug trafficking offenses beyond a reasonable doubt?

Answer yes or no next to each name.

Rodolfo Reyes, Jr. __Yes__

Severino Abascal __Yes__

1

Vaneli Luna  yes

Cesar Sanchez  yes

Victor Cruz  yes

Victor Cruz's wife, Brenda Saluda  yes

Victor Cruz's son (1)  yes

Victor Cruz's son (2)  yes

Domingo Sanchez-Garza's grandson  yes

An unknown military PGR commandante  yes

An unknown male killed by chopping off his limbs and head (1)  yes

An unknown male killed by chopping off his limbs and head (2)  yes

An unknown male killed by chopping off his limbs and head (3)  yes

An unknown male killed by chopping off his limbs and head (4)  yes

An unknown female killed by chopping off her limbs and head  yes

An unknown adult male killed on knees near the Rio Escondito  yes

An unknown adult male, possibly a second captain in the Mexican military, killed on knees near the Rio Escondito  yes

An unknown adult female killed on knees near the Rio Escondito  yes

An unknown adult male killed by chopping off his limbs and burning the body near the Cereso Prison  yes

An unknown young girl killed in front of her parents  yes

Her mother  yes

Her father  yes

Newspaper boy killed at junkyard (1)  yes

Newspaper boy killed at junkyard (2)  yes

Newspaper boy killed at junkyard (3)  yes

2

Newspaper boy killed at junkyard (4) __yes__

Miguel Uribe __yes__

Mauricio Uribe __yes__

Francisco Villarreal __yes__

The Allende murders (an unknown number of persons) __yes__

## COUNT TWO

With respect to Count Two, which charges the defendant, Marciano Millan Vasquez, with conspiracy to possess 1,000 kilograms or more of marijuana with intent to distribute, we, the unanimous jury, find the defendant:

__Guilty__
(Guilty or Not Guilty)

## COUNT THREE

With respect to Count Three, which charges the defendant, Marciano Millan Vasquez, with conspiracy to import 1,000 kilograms or more of marijuana with intent to distribute, we, the unanimous jury, find the defendant:

__Guilty__
(Guilty or Not Guilty)

## COUNT FOUR

With respect to Count Four, which charges the defendant, Marciano Millan Vasquez, with conspiracy to unlawfully distribute 1,000 kilograms or more of marijuana extra-territorial, conspiracy to unlawfully distribute five kilograms or more of cocaine extra-territorial, conspiracy to unlawfully distribute 500 grams or more of methamphetamine extra-territorial, we, the unanimous jury, find the defendant:

_____Guilty_____
(Guilty or Not Guilty)

## COUNT FIVE

With respect to Count Five, which charges the defendant, Marciano Millan Vasquez, with employment of a person under 18 years of age in drug operations and aiding and abetting the employment of a person under 18 years of age in drug operations, we, the unanimous jury, find the defendant:

_____Guilty_____
(Guilty or Not Guilty)

## COUNT SIX

With respect to Count Six, which charges the defendant, Marciano Millan Vasquez, with conspiracy to possess five kilograms or more of cocaine with intent to distribute, we, the unanimous jury, find the defendant:

_____Guilty_____
(Guilty or Not Guilty)

## COUNT SEVEN

With respect to Count Seven, which charges the defendant, Marciano Millan Vasquez, with conspiracy to import five kilograms or more of cocaine with intent to distribute, we, the unanimous jury, find the defendant:

*Guilty*
(Guilty or Not Guilty)

## COUNT EIGHT

With respect to Count Eight, which charges the defendant, Marciano Millan Vasquez, with conspiracy to possess 500 grams or more of methamphetamine with intent to distribute, we, the unanimous jury, find the defendant:

*Guilty*
(Guilty or Not Guilty)

## COUNT NINE

With respect to Count Nine, which charges the defendant, Marciano Millan Vasquez, with conspiracy to possess firearms in furtherance of drug trafficking, we, the unanimous jury, find the defendant:

*Guilty*
(Guilty or Not Guilty)

## COUNT TEN

With respect to Count Ten, which charges the defendant, Marciano Millan Vasquez, with making false statements to a federal official, we, the unanimous jury, find the defendant:

*Guilty*
(Guilty or Not Guilty)

7/19/16
(Date)


(Foreperson)

6